UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 15-cv-61432-DMM

CINDY BARBARA RAMOS-LEAL

    Plaintiff
v.

PORTFOLIO RECOVERY ASSOCIATES, LLC

    Defendant
_____/

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY PROVIDED that the parties have settled all matters herein and have reached agreements on all matters in Plaintiffs Complaint to both parties' satisfaction. The Plaintiff respectfully requests that this Court allow an additional thirty (30) days in which to complete settlement, and to stay or postpone any pending deadlines, motions, or hearings, during said time period. In the event that the status of the anticipated settlement changes, Plaintiff will file a notice advising the Court of same.

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been uploaded to CM/ECF, and delivered to Nathan A. Searles, Litigation Counsel, Office of General Counsel 140 Corporate Boulevard Norfolk, VA 23502 on this 19th day of August 2015.

Respectfully Submitted by:

**JASON WEAVER PA**

Jason Weaver Esq.
FBN 0392596
2750 N. 29th Avenue, Suite 120
Hollywood, FL 33020
(954) 870-4090
jason@jasonweaverpa.com
*Attorneys for Plaintiff*